UNITED STATES of America,
Appellee,

v.

Joseph Paul MARSHALL, Appellant.

No. 05–4007.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 22, 2006.

Filed: Aug. 25, 2006.

Mikal G. Hanson, U.S. Attorney's Office, Pierre, SD, Michael E. Ridgway, U.S. Attorney's Office, Sioux Falls, SD, for Plaintiff–Appellee.

Joseph Paul Marshall, Littleton, CO, pro se.

Jana M. Miner, Federal Public Defender's Office, Pierre, SD, Defendant–Appellant.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

After Joseph Paul Marshall admitted violating the conditions of his supervised release, the district court[1] revoked it and sentenced him to 15 months in prison and 2 years of supervised release. On appeal, he argues that this sentence exceeds the legal maximum because he received a 3–year term of supervised release when he was originally sentenced in 1998. We disagree. "For those defendants whose offense of conviction occurred after the 1994 changes [to the supervised release statute], the available supervised release term is not measured by the term initially imposed by the district court, . . . but by the term authorized in 18 U.S.C. § 3583(b) for the offense of conviction, minus the aggregate amount of any revocation terms of imprisonment." *United States v. Palmer*, 380 F.3d 395, 398–99 (8th Cir.2004) (en banc). Marshall's instant revocation sentence, added to his earlier revocation prison term of 12 months, does not exceed the 60–month lawful maximum. *See* 18 U.S.C. § 3583(b)(1) and (h).

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.